In re  **Suciu Ventures, Inc.** ,   Case No.   **13-61154**
   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **21900 Greater Mack, LLC**<br>**24001 Telegraph Road**<br>**Southfield, MI 48033** | **Lease for property located at 21900 Greater Mack Avenue, St. Clair Shores, Michigan 48080 - Landlord filed a Demand for Possession for Nonpayment of Rent with the Court on November 20, 2013.** |
| **Auto Lab Franchising LLC**<br>**c/o Fahey Schultz Burzych Rhodes PLC**<br>**4151 Okemos Road**<br>**Okemos, MI 48864** | **Franchise Agreement with Auto Lab Franchising LLC. Notice of Default and Notice of Termination of Franchise Agreement was sent to Debtor by Fahey Schultz Burzych Rhodes on November 19, 2013.** |
| **Snap-On Credit**<br>**950 Technology Way - Suite 301**<br>**Libertyville, IL 60048** | **Lease for Snap-On Equipment for business.** |

**0**
___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases