In re **Suciu Ventures, Inc.** , Case No. **13-61154**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**21900 Greater Mack, LLC**<br>**24001 Telegraph Road**<br>**Southfield, MI 48033** | - | | | | | | **69,765.57** |
| Account No. <br><br>**40th District Court**<br>**Case No. 13-1273**<br>**27701 Jefferson**<br>**Saint Clair Shores, MI 48081** | - | | **Case No. 13-1273** | | | | **0.00** |
| Account No. <br><br>**A & J Automotive**<br>**14691 11 Mile Road**<br>**Warren, MI 48088** | - | | | | | | **1,369.31** |
| Account No. <br><br>**Advanced Auto Parts**<br>**AAP Financial Services**<br>**P.O. Box 742063**<br>**Atlanta, GA 30374** | - | | | | | | **949.48** |

___**15**___  continuation sheets attached

Subtotal
(Total of this page)  **72,084.36**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

S/N:34619-131126   Best Case Bankruptcy

In re      **Suciu Ventures, Inc.** _____,      Case No. ____**13-61154**_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br>**Aflac Insurance** <br>**1932 Wynnton Road** <br>**Columbus, GA 31999** | - | | | | | | 410.64 |
| Account No.  <br><br>**Airgas North Central** <br>**6055 Rockside Woods Blvd N** <br>**Independence, OH 44131** | - | | | | | | 1,100.00 |
| Account No.  <br><br>**AllData** <br>**9650 W. Taron Drive** <br>**Suite 100** <br>**Elk Grove, CA 95757** | - | | | | | | 405.00 |
| Account No.  <br><br>**Allen Maxwell & Silver** <br>**190 Sylvan Avenue** <br>**Englewood Cliffs, NJ 07632** | - | | **Creditor - Keystone Automotive - $956.87** | | | | Unknown |
| Account No.  <br><br>**Allen Maxwell & Silver** <br>**190 Sylvan Avenue** <br>**Englewood Cliffs, NJ 07632** | - | | **Creditor - LKQ of Michigan - $2,557.05** | | | | Unknown |

Sheet no. __1___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **1,915.64**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

In re     **Suciu Ventures, Inc.**                                                    ,     Case No.   **13-61154**

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**American Express**<br>**P.O. Box 297858**<br>**Fort Lauderdale, FL 33329** | - | | | | | | **8,706.03** |
| Account No. <br><br>**American Industrial Source**<br>**P.O. Box 8011**<br>**Van Nuys, CA 91409** | - | | | | | | **384.10** |
| Account No. <br><br>**American Recovery Services, Inc.**<br>**555 St. Charles Drive, Suite 100**<br>**Thousand Oaks, CA 91360** | - | | **Creditor - Farms Insurance - $432.81** | | | | **Unknown** |
| Account No. <br><br>**American Tire Distributors Inc.**<br>**P.O. Box 3145**<br>**Huntersville, NC 28070** | - | | | | | | **308.42** |
| Account No. <br><br>**Assumption Greek Orthodox Church**<br>**21800 Marter Road**<br>**Saint Clair Shores, MI 48080** | - | | | | | | **450.00** |

Sheet no. __2__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **9,848.55**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re **Suciu Ventures, Inc.** , Case No. **13-61154**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**AT&T**<br>**P.O. Box 5014**<br>**Carol Stream, IL 60197** | - | | | | | | 700.00 |
| Account No. <br><br>**Auto Lab Franchising LLC**<br>**27280 Haggerty Road**<br>**Suite C-6**<br>**Farmington, MI 48331** | - | | | | | | 10,063.68 |
| Account No. <br><br>**Auto Zone**<br>**P.O. Box 791409**<br>**Baltimore, MD 21279** | - | | | | | | 750.00 |
| Account No. <br><br>**Chad Doser**<br>**39316 Ormbsy Drive**<br>**Clinton Township, MI 48036** | - | | | | | | 800.00 |
| Account No. <br><br>**Chris Howe**<br>**121 Washington**<br>**Marine City, MI 48039** | - | | | | | | 49.19 |

Sheet no. __3__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,362.87**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re    **Suciu Ventures, Inc.**                                ,       Case No.   **13-61154**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cintas Corporation** <br> **P.O. Box 630910** <br> **Cincinnati, OH 45263** | - | | | | | | 948.38 |
| Account No. <br><br> **City of St. Clair Shores** <br> **27600 Jefferson Circle Drive** <br> **Saint Clair Shores, MI 48081** | - | | | | | | 410.34 |
| Account No. <br><br> **City of St. Clair Shores** <br> **27600 Jefferson Circle Drive** <br> **Saint Clair Shores, MI 48081** | - | | **Winter Tax** | | | | 68.22 |
| Account No. <br><br> **Comcast** <br> **P.O. Box 3006** <br> **Southeastern, PA 19398-3006** | - | | | | | | 250.00 |
| Account No. <br><br> **Comcast Spotlight** <br> **30700 Telegraph Road** <br> **Suite 3500** <br> **Franklin, MI 48025** | - | | | | | | 6,820.00 |

Sheet no. __4__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)        **8,496.94**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

In re     **Suciu Ventures, Inc.**                                                    ,     Case No. ___**13-61154**_____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Complete Payment Recovery Services Inc.**<br>**11601 Roosevelt Blvd.**<br>**Saint Petersburg, FL 33716** | | - | **Creditor - Ray Lathem - $85.00** | | | | **Unknown** |
| Account No.<br><br>**Consumers Energy**<br>**Lansing, MI 48937-0001** | | - | | | | | **49.54** |
| Account No.<br><br>**Corrigan Oil Company**<br>**775 N. Second Street**<br>**Brighton, MI 48116** | | - | | | | | **850.57** |
| Account No.<br><br>**Credit Collection Services**<br>**Two Wells Avenue**<br>**Newton, MA 02459** | | - | **Creditor - Farmers Insurance - $432.81** | | | | **Unknown** |
| Account No.<br><br>**D&S Ltd**<br>**13809 Research Blvd.**<br>**Suite 800**<br>**Austin, TX 78750** | | - | **Creditor - Airgas North Central - $1,100.00** | | | | **Unknown** |

Sheet no. __**5**___ of __**15**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **900.11**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suciu Ventures, Inc.**                                                    ,        Case No. _____**13-61154**_____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **DTE Energy** P.O. Box 740786 Cincinnati, OH 45274 | - | | | | | | 935.89 |
| Account No. **DZ2, Inc.** 7232 Forest Way Brighton, MI 48116 | - | | | | | | 192,976.73 |
| Account No. **EMC Insurance Companies** P.O.Box 219225 Kansas City, MO 64121 | - | | | | | | 185.46 |
| Account No. **Encore Capital Finance** 726 Boylston Avenue - East #6 Seattle, WA 98102 | - | | | | | | 9,652.42 |
| Account No. **Evan Woodworth** 39017 Prentiss Rd - #101 Harrison Township, MI 48045 | - | | | | | | 11,554.73 |

Sheet no. __6__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **215,305.23**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

In re    **Suciu Ventures, Inc.**                         ,        Case No.   **13-61154**

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Farmers Insurance** <br>**P.O. Box 0914** <br>**Carol Stream, IL 60132** | - | | | | | | 432.81 |
| Account No. <br><br>**Federal Safety Compliance** <br>**398 E. Dania Beach Blvd.** <br>**Suite 152** <br>**Dania, FL 33004** | - | | | | | | 289.50 |
| Account No. <br><br>**Finish Line** <br>**13417 8 Mile Road** <br>**Warren, MI 48089** | - | | | | | | 110.00 |
| Account No. <br><br>**George's Auto Parts** <br>**22420 Harper** <br>**Saint Clair Shores, MI 48080** | - | | | | | | 468.44 |
| Account No. <br><br>**Hastings Auto Parts Inc.** <br>**28450 Gratiot Avenue** <br>**Roseville, MI 48066** | - | | | | | | 12,377.17 |

Sheet no. __7___ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **13,677.92**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

In re    **Suciu Ventures, Inc.**                                                    ,     Case No. _____**13-61154**_____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Heritage - Crystal Clean LLC** <br> **13621 Center Drive** <br> **Chicago, IL 60693** | - | | | | | | **454.12** |
| Account No. | | | | | | | |
| **Hunt & Sons** <br> **P.O. Box 277670** <br> **Sacramento, CA 95827** | - | | | | | | **612.86** |
| Account No. | | | **Creditor - AT&T - $700.00** | | | | |
| **IC Systems, Inc.** <br> **444 Highway 96E** <br> **Saint Paul, MN 55127** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Interstate Batteries** <br> **1026 Rankin Street** <br> **Troy, MI 48083** | - | | | | | | **3,509.33** |
| Account No. | | | | | | | |
| **Jim Riehl Chrysler Jeep** <br> **32899 Van Dyke** <br> **Warren, MI 48093** | - | | | | | | **111.60** |

Sheet no. __**8**___ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **4,687.91**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Suciu Ventures, Inc.**                                                          ,     Case No. ___**13-61154**___
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Johnson Automotive Supply** **19145 Beech Daly Road** **Redford, MI 48240** | - | | | | | | 93.40 |
| Account No. **Jordan Z Weiss** **30300 Northwestern Hwy** **MI 48337** | - | | **Creditor - Hastings Auto Parts - $12,377.17** | | | | Unknown |
| Account No. **Jordan Z Weiss** **30300 Northwestern Hwy** **Suite 332** **Farmington, MI 48337** | - | | **Case No. 13-1273** | | | | Unknown |
| Account No. **Keystone Automotive** **35799 Industrial Road** **Livonia, MI 48150** | - | | | | | | 956.87 |
| Account No. **LKQ of Michigan** **35660 Clinton Street** **Wayne, MI 48184** | - | | | | | | 2,557.05 |

Sheet no. __**9**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,607.32

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

In re    **Suciu Ventures, Inc.**                                              ,        Case No.    **13-61154**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Macomb County Personal Property Tax 10 N. Main Street Mount Clemens, MI 48043** | - | | | | | | 3,043.18 |
| Account No. <br><br>**Marlon Michaux 3714 Somerset Avenue Detroit, MI 48224** | - | | | | | | 1,078.34 |
| Account No. <br><br>**MISDU P.O. Box 30350 Lansing, MI 48909** | - | | **Child Support Payments - Chris Howe** | | | | 201.60 |
| Account No. <br><br>**Mobil 20700 Mack Avenue Grosse Pointe, MI 48236** | - | | | | | | 79.88 |
| Account No. <br><br>**Motorists Mutual Insurance Company 471 East Board Street Columbus, OH 43215** | - | | | | | | 1,750.45 |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **6,153.45**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

In re      **Suciu Ventures, Inc.**                                                      ,          Case No.      **13-61154**
                                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Moving Targets 812 Chestnut Street Perkasie, PA 18944** | - | | | | | | 31.50 |
| Account No. **Nael Sad 28211 Gladstone Saint Clair Shores, MI 48081** | - | | | | | | 588.66 |
| Account No. **NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044** | - | | **Creditor - UPS Chicago - $110.00** | | | | **Unknown** |
| Account No. **O'Reilly Auto Parts P.O. Box 9464 Springfield, MO 65801** | - | | | | | | 15,000.00 |
| Account No. **Pointe Media Corporation 18530 Mack Avenue Suite 106 Grosse Pointe, MI 48236** | - | | | | | | 400.00 |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **16,020.16**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

In re    **Suciu Ventures, Inc.**                           ,        Case No.    **13-61154**

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Premaco, Michigan**<br>**975 Cobb Place Blvd**<br>**Suite 104**<br>**Kennesaw, GA 30144** | - | | | | | | 692.80 |
| Account No. <br><br>**QBS Battery**<br>**3295 Dix Hwy**<br>**Lincoln Park, MI 48146** | - | | | | | | 1,100.00 |
| Account No. <br><br>**Radiator of Michigan**<br>**24511 N. River Road**<br>**Mount Clemens, MI 48043** | - | | | | | | 1,603.00 |
| Account No. <br><br>**Rapid Financial Services**<br>**7316 Wisconsin Avenue**<br>**Suite 350**<br>**Bethesda, MD 20814** | - | | | | | | 21,829.29 |
| Account No. <br><br>**Ray Lathem Chrysler Dodge Jeep**<br>**18001 Mack Avenue**<br>**Detroit, MI 48224** | - | | | | | | 85.00 |

Sheet no. __12__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **25,310.09**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

In re **Suciu Ventures, Inc.** , Case No. **13-61154**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W | J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | |
| Account No. **Rowley Brothers Inc.** 3604 Wilder Road P.O. Box 1115 Bay City, MI 48706 | - | | | | | | 7,155.31 |
| Account No. **Roy O'Brien Inc.** 22201 East Nine Mile Road Saint Clair Shores, MI 48080 | - | | | | | | 362.23 |
| Account No. **Snap-On Credit** 24817 Network Place Chicago, IL 60673 | - | | | | | | 1,706.52 |
| Account No. **Staples** 17410 Mack Avenue Grosse Pointe, MI 48230 | - | | | | | | 39.21 |
| Account No. **Steven A. Harms** 33233 Woodward Avenue Birmingham, MI 48009 | - | **Creditor - Rowley Brothers - $7,155.31** | | | | | Unknown |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **9,263.27**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re    **Suciu Ventures, Inc.**                                              ,      Case No. ___**13-61154**___
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Three Pointe Media** **23373 Commerce Drive** **Suite A-4B** **Farmington, MI 48335** | - | | | | | | 250.00 |
| Account No.  **Trade First/Michigan** **23200 Coolidge Hwy.** **Oak Park, MI 48237** | - | | | | | | 1,500.00 |
| Account No.  **Travelers Insurance** **P.O. Box 1564** **Elmira, NY 14902** | - | | | | | | 1,617.00 |
| Account No.  **United Recovery Systems LP** **P.O. Box 722929** **Houston, TX 77272** | - | | **Creditor - American Express - $8,706.03** | | | | **Unknown** |
| Account No.  **UPS/UPS SCS Chicago** **28013 Network Place** **Chicago, IL 60673** | - | | | | | | 110.00 |

Sheet no. __**14**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,477.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re   **Suciu Ventures, Inc.**                            ,       Case No.    **13-61154**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Waste Management** <br>**2625 W. Grandview Road** <br>**Phoenix, AZ 85023** | - | | | | | | 158.04 |
| Account No. <br><br>**William Steelman** <br>**30119 N. Park Drive** <br>**Apt. 201** <br>**New Baltimore, MI 48047** | - | | | | | | 123.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 281.04 |
| Total (Report on Summary of Schedules) | 403,391.86 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com           Best Case Bankruptcy